IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WREMBUREN JONES                                                              PLAINTIFF

v.                                    Case No. 1:21-cv-1010

JOSEPH DELUCA, Individually and
in his capacity as a physician for the
Ouachita County Detention Center;
DAVID NORWOOD, Individually and in his
capacity as Sheriff for Ouachita County,
JOHN/JANE DOES Nos. 1-3, Individually
and in their capacity as employees for the
Ouachita County Detention Center                                             DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Notice of Withdrawal of his action[1] against Defendants. (ECF No. 3). Upon consideration, the Court accepts Plaintiff's Withdrawal of his action and instructs the clerk to close this case. Plaintiff's action against Defendants Joseph Deluca and David Norwood is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of February, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] A complaint was not filed in this matter. The only filing as of the date of this order is a cover sheet. (ECF No. 1).